FILED
Effingham Co. Circuit Court
4th Judicial Circuit
Date: 5/4/2020 9:50 AM
John Niemerg

IN THE CIRCUIT COURT
OF THE FOURTH JUDICIAL CIRCUIT
EFFINGHAM COUNTY, ILLINOIS

| | | |
|---|---|---|
| SUSAN HAHN-THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 2020L18 |
| JOHN BATSON DAVIS, and | ) | |
| C.R. ENGLAND, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**COMPLAINT**

**COUNT I- JOHN BATSON DAVIS**

NOW COMES Plaintiff, SUSAN HAHN-THOMPSON, by and through Christopher A. Koester and Kristen M. Flood of Taylor Law Offices, P.C., her attorneys, and as and for Count I of her Complaint against Defendant, JOHN BATSON DAVIS, states:

1. On October 1, 2018, at approximately 3:13 P.M., the Plaintiff was northbound on I-57, traveling in the right hand lane, in the city of Effingham, Effingham County, Illinois.

2. On October 1, 2018, at approximately 3:13 P.M., the Defendant, JOHN BATSON DAVIS, operated his Freightliner truck traveling northbound on I-57 in the center lane, in the city of Effingham, Effingham County, Illinois.

3. At the aforesaid time and place, Defendant, JOHN BATSON DAVIS, was guilty of one or more or a combination of the following negligent acts or omissions:

   a.    failed to reduce speed to avoid an accident in violation of 625 ILCS 5/11-601(a);

   b.    failed to keep his motor vehicle under control so as to avoid a collision;

   c.    failed to exercise reasonable care for the safety of other persons and vehicles on the roadway;

EXHIBIT 1

      d.      failed to keep a good and proper lookout as he operated his Freightliner truck in the northbound lane of I-70; and

      e.      failed to safely change lanes in violation of 625 ILCS 5/11-709(a).

4.      On November 2, 2018, Defendant, JOHN BATSON DAVIS, plead guilty to improper lane usage in violation of 625 ILCS 5/11-709 in Effingham County Case Number 2018-TR-3384.

5.      As a direct and proximate result of one or more or a combination of the aforesaid negligent acts or omissions, Defendant, JOHN BATSON DAVIS, collided with the driver side of the motor vehicle operated by Plaintiff causing it to spin into the path of Defendant's Freightliner truck where it then was pushed down I-57 by Defendant's freightliner truck until it finally spun out.

6.      As a direct and proximate result of Defendant's negligence, Plaintiff, SUSAN HAHN-THOMPSON was seriously injured, resulting in pain, suffering, and mental anguish for the past, present, and future, requiring her to incur medical treatment in the past and will require her to incur medical treatment in the future, lost income, diminished earning capacity, property damage, permanent disfigurement and/or disability, and currently has suffered a loss of enjoyment of a normal life and will continue to suffer a loss of enjoyment of a normal life in the future.

WHEREFORE, the Plaintiff, SUSAN HAHN-THOMPSON, prays that judgment be entered in her favor and against the Defendant, JOHN BATSON DAVIS, in an amount to compensate Plaintiff for her losses, said amount being in excess of $50,000, plus costs of suit.

**PLAINTIFF DEMANDS TRIAL BY JURY OF TWELVE PERSONS**.

SUSAN HAHN-THOMPSON, Plaintiff

By: /s/Christopher A. Koester
     Taylor Law Offices, P.C.
     Her Attorney

### COUNT II – C.R. ENGLAND, INC.

NOW COMES Plaintiff, SUSAN HAHN-THOMPSON, by and through Christopher A. Koester and Kristen M. Flood of Taylor Law Offices, P.C., her attorneys, and as and for Count II of her Complaint against Defendant, C.R. ENGLAND, INC., states:

1.     On October 1, 2018, at approximately 3:13 P.M., the Plaintiff was northbound on I-57, traveling in the right hand lane, in the city of Effingham, Effingham County, Illinois.

2.     On October 1, 2018, at approximately 3:13 P.M., the Defendant, John Batson Davis, as an authorized agent of Defendant, C.R. ENGLAND, INC., operated his Freightliner truck traveling northbound on I-57 in the center lane, in city of Effingham, Effingham County, Illinois.

3.     At all relevant times mentioned herein, John Batson Davis was acting within the scope of his employment and/or agency with his principal, C.R. ENGLAND, INC.

4.     At the aforesaid time and place, Defendant, C.R. ENGLAND, INC., by and through the acts and omissions of its authorized agent, John Batson Davis, was guilty of one or more or a combination of the following negligent acts or omissions:

   a.     failed to reduce speed to avoid an accident in violation of 625 ILCS 5/11-601(a);

   b.     failed to keep his motor vehicle under control so as to avoid a collision;

   c.     failed to exercise reasonable care for the safety of other persons and vehicles on the roadway;

   d.     failed to keep a good and proper lookout as he operated his tractor trailer in the northbound lane of I-70; and

3

    e.  failed to safely change lanes in violation of 625 ILCS 5/11-709(a).

  5.  On November 2, 2018, Defendant, JOHN BATSON DAVIS, plead guilty to improper lane usage in violation of 625 ILCS 5/11-709 in Effingham County Case Number 2018-TR-3384.

  6.  As a direct and proximate result of one or more of a combination of the aforesaid negligent acts and/or omissions, Defendant's agent collided with the motor vehicle operated by Plaintiff.

  7.  As a direct and proximate result of Defendant's negligence, Plaintiff, SUSAN HAHN-THOMPSON was seriously injured, resulting in pain, suffering, and mental anguish for the past, present, and future, requiring her to incur medical treatment in the past and will require her to incur medical treatment in the future, lost income, diminished earning capacity, property damage, permanent disfigurement and/or disability, and currently has suffered a loss of enjoyment of a normal life and will continue to suffer a loss of enjoyment of a normal life in the future.

  WHEREFORE, Plaintiff, SUSAN HAHN-THOMPSON, prays that judgment be entered in her favor and against the Defendant, C.R. ENGLAND, INC., in an amount to compensate Plaintiff for her losses, said amount being in excess of $50,000.00, plus costs of suit.

         SUSAN HAHN-THOMPSON, Plaintiff

       By: /s/ Christopher A. Koester
         Taylor Law Offices, P.C.
         Her Attorney

CHRISTOPHER A. KOESTER (#6208370)
KRISTEN M. FLOOD (#6322516)
TAYLOR LAW OFFICES, P.C.
Attorneys for Plaintiff
122 East Washington Avenue
Effingham, Illinois  62401
(217) 342-3925
koester@taylorlaw.net
flood@taylorlaw.net

FILED
Effingham Co. Circuit Court
4th Judicial Circuit
Date: 5/4/2020 9:50 AM
John Niemerg

IN THE CIRCUIT COURT
OF THE FOURTH JUDICIAL CIRCUIT
EFFINGHAM COUNTY, ILLINOIS

| | | |
|---|---|---|
| SUSAN HAHN-THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2020L18 |
| | ) | |
| JOHN BATSON DAVIS, and | ) | |
| C.R. ENGLAND, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**JURY DEMAND**

NOW COMES Plaintiff, Susan Hahn-Thompson, by and through Christopher A. Koester

and Kristen M. Flood of Taylor Law Offices, P.C., her attorney, and hereby demands a jury of

twelve for the trial in this cause. .

Respectfully submitted,
Susan Hahn-Thompson, Plaintiff

/s/ Christopher A. Koester

Christopher A. Koester
Kristen M. Flood
Taylor Law Offices, P.C.
Attorney for Plaintiff
122 E. Washington Ave.
Effingham, IL 62401
217-342-3925
ARDC No. 6208370
koester@taylorlaw.net
flood@taylorlaw.net

IN THE CIRCUIT COURT
OF THE FOURTH JUDICIAL CIRCUIT
EFFINGHAM COUNTY, ILLINOIS

| | | |
|---|---|---|
| SUSAN HAHN-THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **2020L18** |
| | ) | |
| JOHN BATSON DAVIS, and | ) | |
| C.R. ENGLAND, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## SUMMONS

To Defendant:     C.R. England, Inc. c/o Illinois Corporation Service, 801 Adlai Stevenson Drive, Springfield, IL 62703.

You are summoned and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court, Effingham County Courthouse, Effingham, Illinois, within 30 days after service of this summons, not counting the day of service.  IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fee, if any, immediately after service.  If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

5/4/2020

WITNESS_____, 20_____

_____
(Seal of Court)

By: _____    JB
                    (Clerk of the Circuit Court)

(Plaintiff's attorney or plaintiff if he is not represented by an attorney)
Christopher A. Koester of Taylor Law Offices, P.C.
Attorney for Plaintiff
122 East Washington Avenue, P.O. Box 668
Effingham, Illinois  62401
(217) 342-3925
koester@taylorlaw.net

Date of service _____, 20_____

(To be inserted by officer on copy left with defendant or other person)
*(Defendant must appear not less than 7 nor more than 40 days after issuance of the summons)

SHERIFF'S FEES:     Service and return                $_____
                              Miles _____                 _____
                              Total                         $_____

_____

Sheriff of _____ County

I certify that I served this summons on defendants as follows:

(a)-(Individual defendants - personal):
(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant.)

_____
_____
_____

(b)-(Individual defendants - abode):
      By leaving a copy of this summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons.

(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the person, other than the defendant, with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with such person.)

_____
_____

      And also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

    Name of Defendant                   Mailing Address             Date of mailing

_____    _____    _____
_____    _____    _____

(c)-(Corporation defendants)
      By leaving a copy of this summons and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

    Defendant Corporation        Registered Agent, officer or agent       Date of service

_____    _____    _____
_____    _____    _____

(d)-(Other service):

_____ Sheriff of _____ County

By: _____
(Deputy)

2

IN THE CIRCUIT COURT
OF THE FOURTH JUDICIAL CIRCUIT
EFFINGHAM COUNTY, ILLINOIS

| | | |
|---|---|---|
| SUSAN HAHN-THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2020L18 |
| | ) | |
| JOHN BATSON DAVIS, and | ) | |
| C.R. ENGLAND, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## SUMMONS

To Defendant:     John Batson Davis, 13 Pilot Rd., Greenville, SC  29609.

     You are summoned and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court, Effingham County Courthouse, Effingham, Illinois, within 30 days after service of this summons, not counting the day of service.  IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

To the officer:

     This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fee, if any, immediately after service.  If service cannot be made, this summons shall be returned so endorsed.

     This summons may not be served later than 30 days after its date.

5/4/2020

WITNESS_____, 20_____

(Seal of Court)     _____ JB
                    Clerk of the Circuit Court
                    By: _____

(Plaintiff's attorney or plaintiff if he is not represented by an attorney)
Christopher A. Koester of Taylor Law Offices, P.C.
Attorney for Plaintiff
122 East Washington Avenue, P.O. Box 668
Effingham, Illinois  62401
(217) 342-3925
koester@taylorlaw.net

Date of service _____, 20_____

(To be inserted by officer on copy left with defendant or other person)<br>
*(Defendant must appear not less than 7 nor more than 40 days after issuance of the summons)

SHERIFF'S FEES:     Service and return            $_____
                              Miles _____            _____
                              Total                      $_____

_____

Sheriff of _____ County

     I certify that I served this summons on defendants as follows:

(a)-(Individual defendants - personal):
(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant.)

_____
_____
_____

(b)-(Individual defendants - abode):
     By leaving a copy of this summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons.

(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the person, other than the defendant, with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with such person.)

_____
_____

     And also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of Defendant | Mailing Address | Date of mailing |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(c)-(Corporation defendants)
     By leaving a copy of this summons and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

| Defendant Corporation | Registered Agent, officer or agent | Date of service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(d)-(Other service):

_____ Sheriff of _____ County

By: _____

(Deputy)

2

IN THE CIRCUIT COURT
OF THE FOURTH JUDICIAL CIRCUIT
EFFINGHAM COUNTY, ILLINOIS

| | | |
|---|---|---|
| SUSAN HAHN-THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 2020-L-18 |
| JOHN BATSON DAVIS, and | ) | |
| C.R. ENGLAND, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**RULE 222 AFFIDAVIT**

NOW COMES your affiant, Christopher A. Koester and under oath states:

1.      That he is a duly authorized agent of the Plaintiff, Susan Hahn-Thompson, for

purposes of making this affidavit.

2.      That damages sought by the Plaintiff in this action exceed $50,000.00.

_____
Christopher A. Koester of
Taylor Law Offices, P.C.

Subscribed and sworn to before me this _____ day of May, 2020.

_____
Notary Public

CHRISTOPHER A. KOESTER (#6208370)
of TAYLOR LAW OFFICES, P.C.
Attorneys for Plaintiff
122 East Washington Avenue
P.O. Box 668
Effingham, Illinois  62401
(217) 342-3925
koester@taylorlaw.net

OFFICIAL SEAL
KATHRYN E. WERNSING
Notary Public - State of Illinois
My Commission Expires 8/04/2022

1

```
CIRCUIT CLERK JOHN P NIEMERG
JUDICIAL CIRCUIT #04
COUNTY OF Effingham
        120 W JEFFERSON  P O BOX 586
        EFFINGHAM          IL 62401-0586
        217/342-4065


R E C L A S S I F I C A T I O N      5/04/2020 13:38


Receipt no.  785506
Receipt date  5/07/2020
Reclass date  5/07/2020
Case number  2020L 000018P 001B001
             HAHN-THOMPSON, SUSAN              KOESTER, CHRISTOPHER A
             VS.
             DAVIS, JOHN B ET AL
Payor        HAHN-THOMPSON, SUSAN              KOESTER, CHRISTOPHER A
Comment      EF ID=001164056
Agency
Misc.
Payment type EFile 2
Check in
Check out    0000000000
Ten percent  N
Forfeit
Bond                              510.00
Refund
Clerk                             200.00
Court                              40.00
Automation                         20.00
Law Library                         4.00
Judicial Security                  50.00
Document Storage                   20.00
Clerk Op Add-Ons                    5.00
CASA                               15.00
Access to Justice                   2.00
SC Special Purpose                  9.00
Clerk SCHED                       145.00
Workstation  DSP123
User ID      JGB
Branch
             ...OUR ON-LINE SERVICE IS >   judici com
```

FILED
Effingham Co. Circuit Court
4th Judicial Circuit
Date: 5/28/2020 10:34 AM
John Niemerg

IN THE CIRCUIT COURT
OF THE FOURTH JUDICIAL CIRCUIT
EFFINGHAM COUNTY, ILLINOIS

| | | |
|---|---|---|
| SUSAN HAHN-THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2020L18 |
| | ) | |
| JOHN BATSON DAVIS, and | ) | |
| C.R. ENGLAND, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## SUMMONS

To Defendant:     C.R. England, Inc. c/o Illinois Corporation Service, 801 Adlai Stevenson Drive, Springfield, IL 62703.

    You are summoned and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court, Effingham County Courthouse, Effingham, Illinois, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fee, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

    This summons may not be served later than 30 days after its date.

5/4/2020

WITNESS _____, 20_____

_____
(Clerk of the Circuit Court)

By: _____     JB

(Plaintiff's attorney or plaintiff if not represented by an attorney)
Christopher A. Koester of Taylor Law Offices, P.C.
Attorney for Plaintiff
122 East Washington Avenue, P.O. Box 668
Effingham, Illinois 62401
(217) 342-3925
koester@taylorlaw.net

## AFFIDAVIT OF SERVICE

State of Illinois                County of Effingham                The Fourth Judicial Circuit Court

Case Number: 2020L18

Plaintiff
SUSAN HAHN- THOMPSON
vs
Defendants
JOHN BATSON DAVIS, and C.R. ENGLAND, INC.,

For: Taylor Law Office

Received by ADVANCED INVESTIGATIVE SERVICES, INC. on the 11th day of May, 2020 at 12:29 pm to be served on C.R. England, Inc c/o Illinois Corporation Service, 801 Adlai Stevenson Drive, Springfield, IL 62703 I, _Steven Bone_ being duly sworn, depose and say that on the _21_ day of _May_ 2020 at _11:01_ a m. executed service by delivering a true copy of the Summons, Complaint, Jury Demand and Rule 222 Affidavit in accordance with state statutes in the manner marked below

X CORPORATE SERVICE By serving _Dale Miller (C.R.England)_ as _Tier 1 Processer_ at _____ A copy of the aforementioned document(s) was mailed to _____ on _____

( ) NON SERVICE  For the reason detailed in the Comments below

Age/Date of Birth: _45_ Sex _M_ Race _Cau_
Service Fee $_30.00_ Mileage _50/$29_ TOTAL $_65.00_

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made

Subscribed and Sworn to before me on the _24_ day of _May_, _2020_ by the affiant who is personally known to me.

_Judith A Bone_
NOTARY PUBLIC

OFFICIAL SEAL
JUDITH A BONE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 04/18/22

_Stin Bone_

PRIVATE INVESTIGATOR PERC # _129226930_
Authorized in accordance with State Statutes

ADVANCED INVESTIGATIVE SERVICES, INC.
License # 117-000899
P.O. Box 22
Nashville, IL 62263
(800) 995-7717

Our Job Serial Number: 2020001608

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox v8.1r

FILED
Effingham Co. Circuit Court
4th Judicial Circuit
Date: 6/16/2020 7:16 AM
John Niemerg

IN THE CIRCUIT COURT
OF THE FOURTH JUDICIAL CIRCUIT
EFFINGHAM COUNTY, ILLINOIS

SUSAN HAHN-THOMPSON,         )
         )
    Plaintiff,         )
         )
    v.         )    2020L18
         )
JOHN BATSON DAVIS, and         )
C.R. ENGLAND, INC.,         )
         )
    Defendants.         )

## SUMMONS

To Defendant:    John Batson Davis, 13 Pilot Rd., Greenville, SC 29609.

      You are summoned and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court, Effingham County Courthouse, Effingham, Illinois, within 30 days after service of this summons, not counting the day of service.  IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

To the officer:

      This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fee, if any, immediately after service.  If service cannot be made, this summons shall be returned so endorsed.

      This summons may not be served later than 30 days after its date.    5/4/2020

(Seal of Court)         WITNESS_____, 20_____

                             (Clerk of the Circuit Court)    JB

                           By: _____

(Plaintiff's attorney or plaintiff if not represented by an attorney)
Christopher A. Koester of Taylor Law Offices, P.C.
Attorney for Plaintiff
122 East Washington Avenue, P.O. Box 668
Effingham, Illinois 62401
(217) 342-3925
koester@taylorlaw.net

Date of service _____ *N/A* _____ , 20_____

(To be inserted by officer on copy left with defendant or other person)
*(Defendant must appear not less than 7 nor more than 40 days after issuance of the summons)

SHERIFF'S FEES:    Service and return              $_____
                   Miles _____            _____
                   Total                           $_____

_____

Sheriff of _____ County

    I certify that I served this summons on defendants as follows:

(a)-(Individual defendants - personal):
(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant.)

_____
_____
_____

(b)-(Individual defendants - abode):
    By leaving a copy of this summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons.

(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the person, other than the defendant, with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with such person.)

_____
_____

    And also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of Defendant | Mailing Address | Date of mailing |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(c)-(Corporation defendants)
    By leaving a copy of this summons and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

| Defendant Corporation | Registered Agent, officer or agent | Date of service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(d)-(Other service):

_____ Sheriff of _____ County

By: _____
(Deputy)

2



# Greenville County Sheriff's Office
## Civil Division
601 E. McBee Ave., Suite 101
Greenville, South Carolina 29601
Phone (864) 282-0008    Fax (864) 235-9171



**Party Requesting Service:**

TAYLOR LAW OFFICES, PC
Attn:  Christopher A Koester
P.O. Box 668
Effingham, IL  62401

## AFFIDAVIT OF NON-SERVICE
*John Batson Davis*

**Susan Hahn-Thompson, et. al., Plaintiff(s)**                )
     **vs.**                )
**John Batson Davis and C.R. England, Inc., et. al.,**                )   **Case No:  2020L18**
**Defendant(s)**                )
                )

**Name of Deputy:**    Kathryn L. Monahan    , undersigned, being duly sworn, deposes and says that
at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Documents Served:**    the undersigned attempted to serve the documents described as:

Summons and Complaint

Jury Demand

Rule 222 Affidavit

**Service of Process on:**    The undersigned attempted to serve the documents on
John Batson Davis

and after due and diligent efforts, was unable to effect service.
The following is a list of the attempts made to effect service:

**Attempts:**

| Dates  Times of Attempted Service | Address Attempted | | Details of Attempts |
|---|---|---|---|
| 13-May-2020 9:20 am | 13 Pilot Rd. | | Trailer is being worked on, went to 15 Pilot Rd. and resident |
| | Greenville, SC | 29609 | stated defendant is a truck driver, not home. |
| 14-May-2020 10:00 am | 13 Pilot Rd. | | Defendant called said he wont be back in town until June and |
| | Greenville, SC | 29609 | stays with his parents when he is in town. Left number to call. Called number and left message. |
| 28-May-2020 10:10 am | 6002 Old Buncombe Rd. | | Cars here, no one answered door. Left card. |
| | Greenville, SC | 29609 | |
| 09-Jun-2020 5:45 pm | 6002 Old Buncombe Rd. | | Same car here, unable to reach door due to dogs. Left card on |
| | Greenville, SC | 29609 | mailbox. |

**Signature of Deputy:** Subscribed and sworn to before me this

_____ day of **June, 2020.**

_Notary Public for South Carolina_

My Commission Expires: 2/12/30

Undersigned declares under penalty of perjury that the foregoing is true and correct.

Kathryn L. Monahan